UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M-Z-H, <br><br> Petitioner(s), <br><br> v. <br><br> LAURA HERMOSILLO, et al., <br><br> Respondent(s). | CASE NO. C25-2523-KKE <br><br> ORDER GRANTING STIPULATED MOTION FOR A BRIEFING SCHEDULE |

In compliance with the Court's previous order, the parties have met and conferred to propose a briefing schedule for Petitioner's petition for writ of habeas corpus (Dkt. No. 1), as well as the temporary restraining order ("TRO") filed contemporaneously. Dkt. No. 10. With consideration to the parties' agreement as well as the Court's calendar, the Court GRANTS the motion (Dkt. No. 10) with modifications and ORDERS as follows:

1. Respondents shall file a return to the habeas petition no later than **December 17, 2025**. The return shall be noted on the Court's motion docket for **December 22, 2025**, and Petitioner's traverse is due on that day. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion. The return shall be filed using the "Response to Habeas Petition" ECF filing event, and the traverse shall be filed using the "Reply to Response to Motion" ECF filing event.

ORDER GRANTING STIPULATED MOTION FOR A BRIEFING SCHEDULE - 1

2. The parties proposed that the merits briefing should be combined with the briefing on the TRO motion, but the Court finds that the briefing schedule will allow it to consider the merits on an expedited schedule, rather than separately address the TRO motion under legal standards applicable only to preliminary relief. Accordingly, the clerk is directed to TERMINATE the TRO motion (Dkt. No. 2).

Dated this 12th day of December, 2025.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR A BRIEFING SCHEDULE - 2