## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.Z.H., <br><br> Petitioner(s), <br> v. <br><br> LAURA HERMOSILLO, et al., <br><br> Respondent(s). | JUDGMENT IN A CIVIL CASE <br><br> CASE NUMBER C25-2523-KKE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court GRANTS Petitioner's petition for a writ of habeas corpus.  Dkt. No. 1.  The Government is ORDERED to immediately release Petitioner from custody, subject to the same conditions that governed his release prior to his detention in November 2025.  The Government may not re-detain Petitioner until after a hearing with adequate notice on his alleged ATD violations before a neutral decisionmaker.

Dated December 23, 2025.

Ravi Subramanian
Clerk of Court

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk
